UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tavon Turner,

                              Plaintiff,

                -against-                                    24-cv-7993 (AS)

The Leaf Joint LLC,                                         ORDER

                              Defendant.


ARUN SUBRAMANIAN, United States District Judge:

Plaintiff filed this Americans with Disabilities Act lawsuit on October 21, 2024. Dkt. 1. Rule 18(a)(3) of the Rules for the Division of Business Among District Judges for the Southern District of New York states that a civil case "shall be designated for assignment to White Plains" if "the claim arose in whole or in major part in the Northern Counties [Dutchess, Orange, Putnam, Rockland, Sullivan, and Westchester] and at least one of the parties resides in the Northern Counties."

Here, plaintiff resides in Westchester County, which is a Northern County. *See* Dkt. 1 at ¶ 13 (discussing plaintiff's "Westchester County residence"). The complaint also states that "a substantial portion of the conduct complained of herein occurred in this District because Plaintiff attempted to utilize, on a number of occasions, the subject Website within the Southern District of New York based upon Plaintiff's Westchester County residence." *Id.*; *see also id.* at ¶ 28 ("Plaintiff was injured when attempting to access Defendant's Website . . . from his home in White Plains, New York, Westchester County.").

Because the events giving rise to the claims in this case appear to have occurred in a Northern County and plaintiff resides in a Northern County, this case will be reassigned to the White Plains courthouse.

SO ORDERED.

Dated: October 22, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge