# Joseph & Norinsberg LLC
## Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

December 2, 2024

**VIA ECF**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
Federal Bldg. & United States Courthouse
300 Quarropas St., Room 520
White Plains, N.Y. 10007

      Re:   Turner v. Leaf Joint, LLC
            Case No. 1:24-cv-07993 (PH)
            **Notice of Settlement**

Dear Judge Halpern:

      We represent Plaintiff, Tavon Turner, in the above-referenced matter. We write with Defendant's consent to request that the Court stay the above referenced action until December 10, 2024, due to the parties agreement to resolve the matter.

      The parties have reached an agreement in principle and expect to file a Stipulation for Dismissal on or before December 10, 2024. As such, the parties request that all deadlines be stayed in anticipation of such letter motion for dismissal.

      Thank you for your understanding and consideration.

                                                                    Respectfully submitted,

                                                                 **JOSEPH & NORINSBERG, LLC**

                                                                   Sincerely,

                                                                        */s/*

Jon L. Norinsberg, Esq.
Bennitta L. Joseph, Esq.
*Attorneys For Plaintiff*
110 East 59th Street,
Suite 2300
N.Y., N.Y. 10022
(212) 227-5700
Fax No. (212) 656-1889
jon@norinsberglaw.com
bennitta@employeejustice.com

cc. Eric D. Reiser, Esq.
    ereiser@shapirocroland.com;
    Joshua Lurie, Esq.
    jmlurie@shapirocroland.com;
    Adam P. Burns, Esq.
    apburns@shapirocroland.com